cc: LEK/KJM/PSA/H

IN THE UNITED STATES DISTRICT COURT

MARCUS NAGEL            ORIGINAL            CIVIL
                                           COMPLAINT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 0 4 2019                               Index No

at 5 o'clock and 00 min. P M               CV19 00112 LEK KJM
SUE BEITIA, CLERK    LS
                                           IFP SUBMITTED 3/4/19 LS
            V

1   425 Park South Tower Corp.
2   Goodman Management Co., Inc
3   Goodman Realty Co., Inc.
4   Robert Spragg
5   Mary Spragg
6   Gino Selmonaj
7   Julie Olson
8   Douglas Rice
9   Unnamed 425 Park South Tower Corp. Director 1
10  Unnamed 425 Park South Tower Corp. Director 2
11  Richard Goodman
12  Jose "Perez" (AKA Jose "Doorman")
13  Benjamin Carter
14  John Martin                            Received By Mail
                                           Date 3/4/19 LS
15  Luciano Marciano
16  Angie Chin                             Mailed On
17  Edward Meltzer                         Date 3/6/19
                                                      LS
18  Unnamed Environmental Analyst Inspector 1
19  Unnamed Environmental Analyst Inspector 2
20  City of New York
21  Unnamed New York City Department of Housing

1

Preservation and Development Inspector

22 Unnamed New York City Department of
     Housing Preservation and Development Attorney

23 Unnamed New York City Department of
     Housing Preservation and Development Director

24 Unnamed New York City Department of
     Health and Mental Hygiene Environmental
     Investigations Inspector

25 Unnamed New York City Department of Health
     and Mental Hygiene Environmental
     Investigations Manager

26 Unnamed New York City Department of Health
     and Mental Hygiene Director

27 Unnamed New York City Department of
     Health and Mental Hygiene Employee

28 Unnamed New York City Office of A
     Administrative Trials and Hearings Director

29 Unnamed New York City Human Resources
     Administration Caseworker 1

30 Unnamed New York City Human Resources
     Administration Caseworker 2

31 Unnamed New York City Human Resources
     Administration Director

32 Unnamed New York City Housing
     Harassment Taskforce Director

33 Unnamed Security Corporation

34 Unnamed Security Officer 1

35 Unnamed Security Officer 2

2

36  Dimiti Tynan
37  Charles (AKA "Chuckie")Tynan
38  UBS Financial Services, LLC
39  John Decker
40  Unnamed Legal/Compliance Manager UBS
        Financial Services, LLC
41  UBS
42  Unnamed Manager UBS
43  Unnamed Legal/Compliance Manager UBS
44  Merrill Lynch Pierce Fenner e Smith
45  Unnamed Manager Merrill Lynch Pierce
        Fenner e Smith
46  Unnamed Legal/Compliance Manager
        Merrill Lynch Pierce Fenner e Smith
47  Citigroup Global Markets, Inc
48  Unnamed Manager Citigroup Global
        Markets, Inc.
49  Unnamed Legal/Compliance Manager
        Citigroup Global Markets, Inc.
50  Citigroup
51  Unnamed Manager Citigroup
52  Unnamed Legal/Compliance Manager
        Citigroup
53  Unnamed Company of Christopher Fyfe
54  Bruce Fyfe
55  Unnamed Company of Bruce Fyfe
56  Unnamed Partner of Bruce Fyfe
57  Salah

3

58 Unnamed Security Officer 3
59 Brian Bernstein
60 Law Office of Brian Bernstein, Esq.
61 Unnamed Hotel Park Avenue
62 Unnamed Security Manager 1
63 Unnamed Drycleaners East 28 Street
64 Ivan Nagel
65 Alison Nagel
66 Anna Nagel
67 Zachary Tynan
68 David Warren
69 Yvonne Warren
70 "Rv Paul" Spragg
71 Maria Spragg
72 Christopher Fyfe
73 Marta Thompson
74 Jean-Benoit Zegers
75 Vladimir Kozak
76 Kim Kozak
77 Steven Kozak
78 Mrs. Kozak
79 Verde Group
80 Ava "Guerin"
81 Estate of Graham Davy
82 Jan Davy
83 Salvation Army (New Zealand)
84 Unnamed Partner of Anna Nagel
85 State of New South Wales

4

86 Unnamed Associate Salah
87 Unnamed Assistant Salah
88 Freshfields
89 Unnamed Solicitor Freshfields
90 Unnamed Partner Freshfields
91 Kreindler Kreindler
92 Mr. Kreindler, Sr.
93 United States of America
94 Unnamed Security Officer 4
95 Thomas Schwartz
96 Boris Yunayev
97 Unnamed Sublessee 1
98 Unnamed Sublessee 2
99 Unnamed Sublessee 3
100 Mr. Kennedy
101 Unnamed Partner Salah

5

A) This case falls within Federal Jurisdiction, as Parties are domiciled in different States (Diversity)

B) This case falls within Federal Jurisdiction, as issues and questions in this case are governed by Federal Laws and statutes, including Racketeering Influenced and Corrupt Organizations Act 1970, EPA Regulations, USC Criminal Sections, Federal Consumer Protection Regulations, Federal Anti-Money Laundering Regulations, US Treaties, etc. (Federal Question)

C) This case falls within Federal Jurisdiction as the amount in controversy exceeds $75000.00.

D) Issues/Facts: (D = Defendant; P = Plaintiff)

A) Ds
1 Failed to process mortgage refinance applications
2. Failed to process sublease applications
3. Destroyed/discarded over 75 mail items
4 Failed to furnish taxation statements in

respect of security deposit interest for 2
consecutive years in respect of 2 separate
accounts

5. Required retaliatory, unconscionable security
deposits for mortgage refinance / sublease

6. Charged incorrect late payment fees on
maintence account

7 Failed in whole or in part mandated heat
in Apt 18D

8. Failed to permit entry of NYCDHPD Heat
Inspectors to 18D

9. Failed to conduct mandated repairs in 18D

10 Failed to repair water damage affecting
18D on a timely basis

11 Failed to cover affected walls during / after
untimely repair due to water damage

12. Dissipated cooperative reserve fund by
unauthorized renovations of superintendent's
Apt 2A during 2 consecutive years

13. Retaliated against P after Requests for Information
submitted concerning (12) above

14 Failed to furnish copies / permit inspection of
accounts related to (12) above

15. committed repeated fraudulent misrepresentations
concerning alteration of 18D incurring
additional alteration time / delay / expenditure by P

16. Failed to inspect ongoing alteration of 18D

17. Failed to repair damage to 18D caused by installations failure in Apt 18C

18. Caused damage to 18D by illegal access to 18D attics

19. Re-engineered ventilation system to discharge soiled air / debris / organic debris / bacteria / insects / building supplies / other into 18D causing deterioration to health of P, mold growth in 18D, bacterial growth in 18D, persistent dirt / rock debris to collect on 18D floor / surfaces, oil / fat residues to collect on 18D floor / surfaces, asbestos waste material collection on 18D floor / surfaces

20. Caused insects to enter 18D through channels carved from 18C to 18D causing infestation in closets / bathroom and infestation / biting of person of P

21. Solicited damage to 18D by sublessees / roommates, including criminal mischief (over 56 counts), larceny, grand larceny, tampering, computer trespass, destruction of computer materials; and to person of P, including assault, battery, threatening, intimidation, extortion, defamation, illegal lockouts, excessive noise / loud music, disabling / destruction of security camera devices, defamation, public

disclosure of private facts, check bouncing,
failure to pay rent, failure to pay security
deposit, obstruction of Housing Court
eviction / harassment proceedings, unlawful
harassment based on sexual orientation,
disability, mail theft, 18D keys theft,
harassment, menacing, stalking, abuse,
conspiracy to commit torture, murder
of P

22  Committed grand larceny in respect of
    mortgage documentation to commit
    mortgage fraud

23  Committed burglary, criminal trespass
    in respect of 18D

24  Committed defamation of P to prospective
    sublessees / roommates and sublessees /
    roommates

25  Incurred in excess of 11 NYCDHPD
    Violations in respect of 18D; 5 NYCDOHMH
    Environmental Investigation Violations in
    respect of 18D; 2 NYCOATH Orders / Fines
    in respect of 18D

26  Conducted campaign of discrediting P by
    falsely claiming to NYPD, EMS, NYCHHC
    Bellevue Hospital that P was Emotionally
    Disturbed Person, to silence screams,
    anguish, complaints by P in respect of

chipping of P by D4, D64, D68, repeated
electronic battery of P by D4, D14, D68,
repeated direct / silent hostile speech/
communication to P by D4, D64, D68
aggravated battery of P by D4, D14, D68,
attempted murder of P by D4, D64,
D68, sexual abuse of P by D4, D64,
D68 and other crimes against P by D4,
D64, D68; with continuous, overt,
material conspiracy and commission of
above crimes by D5, 6, 7, 65, 66, 67, 68,
69, 70, 71, 72, 73, 74, 75, 76, 77, 80

27  Caused non-appearance of P at in excess of
14 NYC Civil Court / Housing Court / Small Claims
Court hearings / trials where Ds were named
Defendants through false imprisonment at
NYC HHC Bellevue Hospital and other hospital
psychiatric units where no psychiatric
condition existed

28  Caused P to incur in excess of 39
hospital emergency unit admissions due to
repeated electronic battery of P by D4, D64,
D68, chipping of P by D4, D64, D68,
repeated direct/ silent hostile speech by
D4, D64, D68, aggravated battery of P
by D4, D64, D68, attempted murder of
P by D4, D64, D68, sexual abuse of P

D4, D64, D68 and other crimes against P by D4, D64, D68, insect attacks of P by insects introduced by D4, environment pollution of 18D, physical battery of P by D6, D96, D99, with continuous, overt, material conspiracy and commission by D 5, 6, 7, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80,

29. Caused non-appearance of P at in excess of 35 NYC Civil Court / Housing Court / Small Claims Court and 1 NYC Supreme Court proceedings where Ds were named as Defendants through false arrest, malicious prosecution, false imprisonment at NYC DOC Rikers Island jails where no crime had been committed by P, by D4, D64, D68 with continuous, overt, material conspiracy and commission by D 5, 6, 7, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80

30 Obstructed showing, sublease, sale of 18D by P and agents engaged by P

31 Caused damage to 18D by torment of P by chipping of P by D4, D64, D68, electronic battery of P by D4, D64, D68, repeated direct / silent hostile speech / communication to P by D4, D64, D68

aggravated battery by D4, D64, D68 of P, attempted murder of P by D4, D64, D68, sexual abuse of P by D4, D64, D68 with continuous, overt, material conspiracy and commission of above crimes by D5, 6, 7, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77

32  Furnished improper, untimely notice of meeting of 425 PSTC shareholders to terminate lease of P

33  Falsely claimed objectionable conduct by P, which was in fact response to electronic battery of P by D64, repeated direct / silent hostile speech / communication by D4, chipping of P by D4, harassment and crimes committed by D6 and other D5, conduct by 425 PSTC employee D5, by P

34  Committed unlawful recording, photography, video capturing of P and broadcasting dissemination, distribution of P's person / likeness images at meeting of 425 PSTC shareholders to terminate lease of P

35  Fraudulently caused non-shareholders to be present and/or vote at meeting of 425 PSTC shareholders to terminate lease of P

37  Fraudulently and erroneously tallied vote to terminate lease of P, causing recalculation of vote which was also fraudulent and erroneous

38  Refused access to proxy, vote relating to termination of lease of P, to P for verification

39  Prevented P's appearance at NYS Supreme Court ejectment proceeding by harassment, threats, intimidation, electronic battery of P by D4, repeated direct/silent direct hostile speech) communication of P by D4, aggravated battery of P by D4, 9b, chipping of P by D4, sexual abuse of P by D64,

40  Procured default judgment in NYS Supreme Court ejectment proceeding by perjurious affidavits of D4, fraudulent misrepresentations and influence by D4, 59 to NYC DSS attorneys, NYS supreme court Judge Katherine Freed, other cooperative/ 425 PSTC Ds

41  Procured absence of P from 18D by fraudulent misrepresentation/ influence to NY County ADA Davidowitz

42  Committed illegal eviction/ejectment
of P from 18D without mandated
notices (self help) by NYC Marshal/
Sheriff

43  Caused diminution of value to 18D

44  Committed sexual orientation-based,
marital status-based harassment, discrimination,
retaliation by denial of service, defamation,
malicious statements et al

45  Failed to provide security services to P

46  Facilitated illegal broadcasting, distribution,
dissemination of P's person/likeness
images, videos referenced in (34)
above

47  Are liable for acts of others, as they
facilitated torts, breaches, violations,
crimes referenced in (47) and in (1) -
(46) above; as they are employers,
co-trustees, providers of assistance/
housing, homeowners, service providers,
parent company of employers, sales
managers, legal/compliance managers,
facilitating family members, corporate
assistants, supervising law firm partners
or other responsible parties in respect
of other Ds, and where other Ds
committed torts, crimes, violations,

breaches in such ways and manner to provide financial or other benefit to said parties; or with the instruction/ acquiescence / agreement / constructive notice of said parties by other Ds

48  Negligently, or by way of official misconduct/ breach of duty, failed to inspect / order corrections / prosecute / initiate civil proceedings against other Ds to mandate compliance of 18D / 425DSTC with legal requirements environmental, housing or otherwise

49  Caused false imprisonment of P by barring P's access to 425 DSTC common areas

50  Failed to approve, or failed to pay once approved, of amounts legally due to P pursuant to NYC DSS / NYC HRA Regulations / NYC Laws in connection with damage, uninhabitability, dangerous conditions, alternative accommodation costs, harassment at 18D.

51  Caused 18D to be uninhabitable, to be in condition in violation of NYC MDL, NYS RPL, covenant of quiet enjoyment, warranty of habitability

52  Attempted to maximize pain, suffering,

trauma, "life losses" by P to file fraudulent wrongful death claims / survivor claims after forced suicide of P against City of New York, State of New York, United States, et al — D4, 5, 6, 7, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80

53 ~~52~~ Formed criminal enterprises, with common direction; committed predicate felonies including aggravated battery et al; with common purpose of filing fraudulent wrongful death claims / survivor claims against City of New York, State of New York, United States, et al — D4, 5, 6, 7, 65, 66, 67, 68, 69, 70, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80 (RICO)

~~54~~ 33 Continuously obstructed prosecution of this and other proceeding by conduct in (i) – (37) and continue conduct above

E) Causes of Action:

1 Assault
2 Battery
3 False Imprisonment
4 Malicious Prosecution
5 Defamation
6 Intentional Infliction of Emotional Distress
7 Negligent Infliction of Emotional Distress
8 Abuse of Authority
9 Negligence
10 Strict Liability
11 Tortious Interference with Contract
12 RICO Violations
13 Violation of Civil Rights
14 Violation of Constitutional Rights
15 Invasion of Privacy
16 Public Disclosure of Private Facts
17 Intimidation
18 Loss of Consortium
19 Loss of Income
20 Unlawful Harassment
21 Unlawful Discrimination
22 Unlawful Retaliation
23 Fraud
24 Fraudulent Misrepresentation
25 Negligent Misrepresentation
26 Qui Tam

27 Conspiracy
28 Attempt
29 USC Criminal Violations
30 US Treaty Violations
31 Violations of Human Rights
32 Breach of Privilege (Attorney Client)
33 Breach of Attorney Work Doctrine
34 Agent Liability
35 Vicarious Liability
36 Statutory Liability
37 Breach of Trust
38 Deceit
39 FINRA Rules Violations
40 SEC IA Rules Violations
41 Failure to Supervise
42 Conversion
43 Trespass to Land
44 Trespass to Chattels
45 Official Misconduct
46 Perjury
47 Abuse of Litigation
48 Breach of Duty
49 Abuse of Discretion
50 Failure to Supervise
51 AML Violations
52 Bank Fraud
53 Facilitation
   Solicitation
   FPA Regulations Violations

F) Relief Requested

1  Compensatory Damages $10,000.00
2  Punitive Damages  $5,000,000.00
3  Injunctive Relief
4  Declaratory Relief
5  Criminal Referrals
6  Attorney's Fees
7  Court Costs
8  Other Relief as Court deems fit

G) Certification:

Plaintiff(s) affirm and attest that the contents of this Complaint, and all documents attached, enclosed, incorporated, exhibited hereto, are true and caccurate; that Federal Court Rules and laws have been complied with in connection with this Complaint and referenced documents; and that all private and/or personal information has been redacted in this Complaint and referenced documents.

_____                    Plaintiff

Marcus Nagel                    February 20, 2019

NAMES  AND  ADDRESSES  OF  PARTIES

1. Marcus Nagel
   Plaintiff
   6/10 Talore Terrace
   Onehunga, Auckland 1061
   New Zealand
   +64 - 22 - 562 - 1569
   +1 - 917 - 275 - 1320
   +1 - 949 - 633 - 4074

   mkn7 @ georgetown. edu
   mnagelny @ yahoo. com
   ashleynagel @ aol. com

1. 425 Park South Tower
   Corp
   Defendant 1

2. Goodman Management
   Co., Inc.
   Defendant 2

3. Goodman Realty Co., Inc
   Defendant 3

4  Robert Spragg
   Defendant 4

7  Julie Olson
   Defendant 7

5  Mary Spragg
   Defendant 5

8  Douglas Rice
   Defendant 8

6  Gino Selmonaj
   Defendant 6

9  Unnamed 425 Park South
   Tower Corp. Director 1
   Defendant 9

10  Unnamed 425 Park
South Tower Corp
Director 2
Defendant 10

13  Benjamins Carter
Defendant 13

11  Richard Goodman
Defendant 11

14  John Martin
Defendant 14

12  Jose "Perez" (AKA
Jose "Doorman")
Defendant 12

15  Luciano Marciano
Defendant 15

16 Angie Chin
   Defendant 16

17 Edward Meltzer
   Defendant 17

18 Unnamed Environmental
   Analyst Inspector 1
   Defendant 18

19 Unnamed Environmental
   Analyst Inspector 2
   Defendant 19

20 City of New York
   Defendant 20

21 Unnamed New York City
   Department of Housing
   Preservation and
   Development Inspector
   Defendant 21

22 Unnamed New York City Department of Housing Preservation and Development Attorney Defendant 22

25 Unnamed New York City Department of Health and Mental Hygiene Environmental Investigations Manager Defendant 25

23 Unnamed New York City Department of Housing Preservation and Development Director Defendant 23

26 Unnamed New York City Department of Health and Mental Hygiene Director Defendant 26

24 Unnamed New York City Department of Health and Mental Hygiene Environmental Investigations Inspector Defendant 24

27 Unnamed New York City Department of Health and Mental Hygiene Employee Defendant 27

28 Unnamed New York City
Office of Administrative
Trials and Hearings Director
Defendant 28

31 Unnamed New York City
Human Resources Administration
Director
Defendant 31

29 Unnamed New York City
Human Resources Administration
Caseworker 1
Defendant 29

32 Unnamed New York City
Housing Harassment Taskforce
Director
Defendant 32

30 Unnamed New York City
Human Resources Administration
Caseworker 2
Defendant 30

33 Unnamed Security Corporation
Defendant 33

34 Unnamed Security
Officer 1
Defendant 34

37 Charles (AKA "Chuckie")
Tynan
Defendant 37

35 Unnamed Security
Officer 2
Defendant 35

38 UBS Financial Services LLC
Defendant 38

36 Dimiti Tynan
Defendant 36

39 John Decker
Defendant 39

40 Unnamed Legal/
Compliance Manager UBS
Financial Services LLC
Defendant 40

41 UBS
Defendant 41

42 Unnamed Manager UBS
Defendant 42

43 Unnamed Legal/
Compliance Manager UBS
Defendant 43

44 Merrill Lynch Pierce
Fenner e Smith
Defendant 44

45 Unnamed Manager
Merrill Lynch Pierce
Fenner e Smith
Defendant 45

46 Unnamed Legal /
Compliance Manager
Merrill Lynch Pierce Fenner
e Smith
Defendant 45

49 Unnamed Legal /
Compliance Manager
Citigroup Global Markets,
Inc.
Defendant 49

47 Citigroup Global Markets
Inc.
Defendant 47

50 Citigroup
Defendant 50

48 Unnamed Manager
Citigroup Global Markets,
Inc.
Defendant 48

51 Unnamed Manager
Citigroup
Defendant 51

52 Unnamed Legal /
Compliance Manager
Citigroup
Defendant 52

53 Unnamed Company of
Christopher Fyfe
Defendant 53

54 Bruce Fyfe
Defendant 54

55 Unnamed Company of
Bruce Fyfe
Defendant 55

56 Unnamed Partner of
Bruce Fyfe
Defendant 56

57 Salah
Defendant 57

58 Unnamed Security Officer
3
Defendant 58

61 Unnamed Hotel Park
Avenue
Defendant 61

59 Brian Bornstein
Defendant 59

62 Unnamed Security
Manager 1
Defendant 62

60 Law Office of Brian
Bernstein, Esq
Defendant 60

63 Unnamed Drycleaners
East 28 Street
Defendant 63

64 Ivan Nagel
Defendant 64

65 Alison Nagel
Defendant 65

66 Anna Nagel
Defendant 66

67 Zachary Tynan
Defendant 67

68 David Warren
Defendant 68

69 Yvonne Warren
Defendant 69

70 "Ru Paul" Spragg
Defendant 70

73 Marta Thompson
Defendant 73

71 Mario Spragg
Defendant 71

74 Jean-Benoit Zegers
Defendant 74

72 Christopher Fyfe
Defendant 72

75 Vladimir Kozak
Defendant 75

76  Kim Kozak
Defendant 76

79  Verde G...
Defendant 79

77  Steven Kozak
Defendant 77

80  Ava "Guerin"
Defendant 80

78  Mrs. Kozak
Defendant 78

81  Estate of Graham Davy
Defendant 81

82  Joan Davy
Defendant 82

85  State of New South
Wales
Defendant 85

83  Salvation Army
(New Zealand)
Defendant 83

86  Unnamed Associate
Salah
Defendant 86

84  Unnamed Partner of
Anna Nagel
Defendant 84

87  Unnamed Assistant
Salah
Defendant 87

88 Freshfield
___Defendant 88___

89 Unnamed Solicitor
___Freshfields___
___Defendant 89___

90 Unnamed Partner
___Freshfields___
___Defendant 90___

91 Al Kreindler Kreindler
___Defendant 91___

92 Mr. Kreindler, Sr.
___Defendant 92___

93 United States of
America
___Defendant 93___

94 Unnamed Security
Officer 4
Defendant 94

95 Thomas Schwartz
Defendant 95

96 Boris Yunayon
Defendant 96

97 Unnamed Sublessee 1
Defendant 97

98 Unnamed Sublessee 2
Defendant 98

99 Unnamed Sublessee 3
Defendant 99

100 Mr. Kennedy
Defendant 100

101    Unnamed Partner
       Selah
       Defendant 101